## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DERAFFELE,

        Plaintiff,

    v.

CITY OF WILLIAMSPORT,

        Defendant.

No. 4:15-CV-02186

(Judge Brann)

(Chief Magistrate Judge Schwab)

## **ORDER**

**AND NOW**, this 4th day of May 2018, in accordance with the Memorandum

Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's Report and Recommendation

   (ECF No. 59) is **ADOPTED** in its entirety;

2. Defendant City of Williamsport's Motion to Dismiss Plaintiff's Second

   Amended Complaint (ECF No. 45) is **GRANTED**; and

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge